IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL STAFFIERO, | | No. CIV S-07-1657-FCD-CMK-P |
| | Petitioner, | |
| vs. | | ORDER |
| KEN CLARK, et al., | | |
| | Respondents. | |
| _____ / | | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 4). Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor. The request will be granted.

In light of the complexity of the legal and factual issues involved in this case, the court sua sponte determines that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Appointed counsel should contact the Clerk's Office to obtain a copy of the court's file. The court will address respondents' request to stay these proceedings (Doc. 18) pending issuance of

1

the mandate in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), by separate order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis (Doc. 4) is granted;

2. The court sua sponte appoints the Federal Defender to represent petitioner; and

3. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application (Doc. 1) and a copy of this order on Carolyn Wiggin, Assistant Federal Defender.

DATED: April 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE