**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
*(916) 498-5700 Fax: (916) 498-5710*

*Daniel J. Broderick*
*Federal Defender*

*Linda Harter*
*Chief Assistant Defender*

June 27, 2008

# FILED

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Mr. Steve Defilippis
Attorney at Law
625 North First Street
San Jose, CA 95112

Re: **Staffiero v. Clark, et al.**
   **Civ.S-07-1657-CMK**

Dear Mr. Defilippis:

This will confirm your appointment as counsel by the Honorable Craig M. Kellison, U.S. Magistrate Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
Operations Administrator

:clc
Enclosures

cc: Clerk's Office

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE  CAE | 2. PERSON REPRESENTED  Staffiero, Paul | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  2:07-001657-001 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF  (Case Name)  Staffiero v. Clark, et al | 8. PAYMENT CATEGORY  Other | | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE  (See Instructions)  Habeas Corpus |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.

| 12. ATTORNEY'S NAME  (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS  Defilippis, Steve  625 North First Street  San Jose CA 95112  Telephone Number:  (408) 292-0441 | 13. COURT ORDER  ☒ O  Appointing Counsel  ☐ C  Co-Counsel  ☐ F  Subs For Federal Defender  ☐ R  Subs For Retained Attorney  ☐ P  Subs For Panel Attorney  ☐ Y  Standby Counsel  Prior Attorney's Name:  _____  Appointment Date:  _____  ☐  Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,  or  ☐  Other (See Instructions) |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | Signature of Presiding Judicial Officer or By Order of the Court  05/20/2008  Date of Order                            Nunc Pro Tunc Date  Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES    ☐ NO |

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| **15.** | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| **I n  C o u r t** | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 100 )          TOTALS: | | | | | |
| **16.** | a. Interviews and Conferences | | | | | |
| **O u t  o f  C o u r t** | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work     (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 100 )          TOTALS: | | | | | |
| **17.** | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** | Other Expenses  (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE  IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____                                           Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment  approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CAROLYN M. WIGGIN, Bar #182732
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:  (916) 498-5700

5  Attorneys for Petitioner
   PAUL STAFFIERO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PAUL STAFFIERO,                    )
                                       )    No. CIV S-07-1657 FCD CMK P
12                  Petitioner,        )
                                       )
13         v.                          )
                                       )    ORDER
14  KEN CLARK, et al.                  )
                                       )
15                  Respondents.       )
                                       )
16  _____ )

17      Pursuant to this Motion for Substitution of Counsel and for the

18  reasons stated therein, IT IS HEREBY ORDERED that Steve M. Defilippis

19  shall be substituted in as counsel for Petitioner in place of the Office

20  of the Federal Defender for the Eastern District of California.

21

22

23  DATED:  May 22, 2008

24                                     _____
                                       CRAIG M. KELLISON
25                                     UNITED STATES MAGISTRATE JUDGE
26

27

28