IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL STAFFIERO,            No. CIV S-07-1657-FCD-CMK-P

    Petitioner,

  vs.                               ORDER

KEN CLARK, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Pending before the court is petitioner's pro se request for leave to proceed in forma pauperis (Doc. 31). Because petitioner was granted in forma pauperis status on May 1, 2008, the instant request is denied as unnecessary. In addition, petitioner is advised that the court cannot consider pro se filings because he is represented by counsel.

    IT IS SO ORDERED.

DATED: July 6, 2009

                                                                                                              CRAIG M. KELLISON
                                                                                                              UNITED STATES MAGISTRATE JUDGE