IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STAFFIERO, | No. CIV S-07-1657-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KEN CLARK, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. On July 22, 2009, petitioner filed a pro se notice advising the court that he was granted parole on June 24, 2009, but that the decision had not yet become final upon conclusion of review by the governor. If the grant of parole is approved and becomes final, it appears that this case will then be moot.

/ / /

/ / /

/ / /

/ / /

Appointed counsel is directed to file a report within 45 days of the date of this order, or within 15 days of a final decision by the governor, whichever occurs first, advising the court on the status of parole.  If counsel advises the court that the decision to grant petitioner parole has become final and that petition will be released on parole, counsel shall also advise whether petitioner will be filing a request for voluntary dismissal of this action.

IT IS SO ORDERED.

DATED: July 27, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2