IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL STAFFIERO,                               No. CIV S-07-1657-FCD-CMK-P

      Petitioner,

  vs.                                                      ORDER

KEN CLARK, et al.,

      Respondents.

_____/

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. On July 22, 2009, petitioner filed a pro se notice advising the court that he was granted parole on June 24, 2009, but that the decision had not yet become final upon conclusion of review by the governor. On September 9, 2009, petitioner's counsel filed a status report indicating that the time for the governor to review the grant of parole will expire, at the latest, on November 21, 2009. Counsel shall, therefore, file a further status report within 15 days of this date.

      IT IS SO ORDERED.

 DATED: September 25, 2009

                                                                                                                                   **CRAIG M. KELLISON**
                                                                                                                         UNITED STATES MAGISTRATE JUDGE