IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STAFFIERO, | No. CIV S-07-1657-FCD-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| KEN CLARK, et al., | |
|     Respondents. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. On January 25, 2010, petitioner filed a document (Doc. 40) pro se entitled "Motion Not to Dismiss the Above Entitled Action; Motion to Grant the Petition for Writ of Habeas Corpus." Because petitioner is represented by appointed counsel, only counsel may file documents on petitioner's behalf. The pro se filing is stricken.

IT IS SO ORDERED.

DATED: May 5, 2010

                                                        /s/ Craig M. Kellison  
                                                      **CRAIG M. KELLISON**  
                                                      UNITED STATES MAGISTRATE JUDGE